JAKE BEARD v. STATE.

No. A-2035. Opinion Filed May 16, 1914.

Appeal from County Court, Murray County;
Harry W. Fielding, Judge.

Jake Beard was convicted of unlawfully conveying intoxicating liquor, and appeals. Affirmed.

W. N. Lewis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Jake Beard, was convicted at the May, 1913, term of the county court of Murray county on a charge of un-

lawfully conveying intoxicating liquor from one place in Murray county to another, and his punishment fixed at a fine of $50 and imprisonment in the county jail for a period of thirty days. Upon a careful examination of this record, we are of opinion that the judgment should be affirmed, and it is so ordered.